**Order filed July 7, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00426-CV

_____

## IN RE IBH INVESTMENTS LLC AND SHARON LESHIKAR, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCV-221958**

---

## ABATEMENT ORDER

On May 11, 2015, relators IBH Investments LLC and Sharon Leshikar filed a petition for writ of mandamus in this court. On June 26, 2015, relators notified this court that the parties had reached an agreement to settle the underlying suit, and that the real party in interest does not intend to file a response to the petition for writ of mandamus. Accordingly, we issue the following order.

The original proceeding is abated, treated as a closed case, and removed from this court's active docket until September 7, 2015. The original proceeding

will be reinstated on this court's active docket at that time, or at such time as either party files a motion to dismiss the original proceeding or supplements the mandamus record to include the trial court's order dismissing the underlying suit.


PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.